■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY JACQUET, Appellant.—Judgment, Supreme Court, New York County, rendered on June 1, 1977, unanimously affirmed. Application by the appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed the record and agree with the appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sullivan, Lane, Markewich and Silverman, JJ.